UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re:<br><br>WEST SUBURBAN IMPORTS INC.,<br><br>Debtor. | Chapter 11<br>Case No. 05 – 61043<br><br>Judge Susan Pierson Sonderby |
|---|---|

**AGREED FINAL ORDER PURSUANT TO SECTIONS 105 AND 363
OF THE BANKRUPTCY CODE AND BANKRUPTCY
<u>RULE 2014(a) APPROVING INTERIM SERVICES AGREEMENT</u>**

Upon the Debtor's motion (the "**Motion**")[1] in the above-captioned Chapter 11 case for entry of an order pursuant to Sections 105(a) and 363(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for approval of an interim services agreement between the Debtor and Alex Kaliakmanis, all as more set forth in the Motion; and upon consideration of the Affidavit of Mr. Kaliakmanis in Support of the Emergency Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving Interim Services Agreement (the "**Affidavit**"); the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing before the Court (the "**Hearing**"); the Court having found that notice of the Motion was sufficient under the circumstances, and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

---

[1] All capitalized terms used herein but not defined shall have the meaning ascribed to them in the Motion.

CH99 4573526-1.075165.0010

1. The Motion shall be, and hereby is, GRANTED.

2. Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, the Interim Services Agreement is hereby approved and the Debtor is authorized to engage and retain the Mr. Kaliakmanis as Operations Consultant upon the terms set forth in the Motion and the Agreement, effective as of the date of the Agreement.

3. Notwithstanding any provision of the Agreement, applicable law or this Order, the Operations Consultant does not assume, nor shall be deemed to have, any liability for any obligation of, or claim against, the Debtor or its estate, and in no event shall the Operations Consultant be held liable in any way, whether in law or equity, for any past or present claim, act, omission, cause of action, demand or obligation of the Debtor or its estate that arose prior to the Effective Date. Additionally, notwithstanding any provision of the Agreement, applicable law or this Order, the Operations Consultant does not assume, nor shall be deemed to have, any liability for any obligation of, or claim against, the Debtor or its estate, and in no event shall the Operations Consultant be held liable in any way, whether in law or equity, for any past or present claim, act, omission, cause of action, demand or obligation of the Debtor or its estate, whether arising from or relating to the Agreement or otherwise, if made in good faith on behalf of the Debtor and in a manner reasonably believed by the OC to be within the scope of authority conferred on the OC by the Debtor, except that the OC shall be liable to the Debtor, its estate or its creditors for any such losses by reason of acts that were committed in bad faith or constituted gross negligence, recklessness, or willful misconduct.

4. Nothing in the Agreement, applicable law or this Order shall preclude a finding by the Bankruptcy Court that AAAC has acted in "good faith" within the meaning of Section 363(m) of the Bankruptcy Code and all other applicable law in the event AAAC submits a bid

for the purchase of the Debtor's assets pursuant to Section 363 of the Bankruptcy Code, the Uniform Commercial Code or otherwise.

5. Notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(g), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon entry.

6. The Court shall retain jurisdiction over any matters arising from or relating to the implementation and interpretation of this Order.

Dated: Chicago, Illinois
January 4, 2006

West Suburban Imports Inc.

By: _____
One of its Attorneys
William L. Needler
William L. Needler and Assoicates
555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

By: _____
Alex Kaliakmanis

Ford Motor Credit Company d/b/a Volvo Finance of North America

By: _____
One of its Attorneys
Evangelos J. Gegas
Gregory J. Jordan
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Dr., Suite 2300
Chicago, Illinois 60606

_____
Honorable Susan Pierson Sonderby
UNITED STATES BANKRUPTCY JUDGE

1-4-06

CHI99 4571513-3.075165.0010

CHI99 4573526-1 075165.0010