**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WEST SUBURBAN IMPORTS INC. | ) | Case No. 05-61043 |
| | ) | |
| Debtor | ) | A Chapter 11 Proceeding |
| | ) | for Reorganization |
| | ) | |
| | ) | Judge Susan Pierson Sonderby |

### CERTIFICATE OF SERVICE

William L. Needler, an attorney, certifies that he served the Agreed Final Order pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving Interim Services Agreement which was entered by the Court on January 4, 2006 at Docket # 107 via facsimile or mail service from his offices on January 7, 2006 to the persons listed on the Service List.


January 7, 2006

                                               /s/ William L. Needler
                                               William L. Needler

William L. Needler and Associates
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 - FAX

West Suburban Imports, Inc.
Chapter 11
Case No. 05-61043
Interested Parties and Twenty Largest
Facsimile/Mail Service List
(Revised) 1-06-06

Sam Tomaino
West Suburban Imports Inc.
415 West Roosevelt Rd.
Maywood, Illinois 60153
(708) 450-9021 fax

Richard Goldman
c/o William L. Needler
and Associates
555 Skokie Blvd. Ste 500
Northbrook, IL 60062
(847) 564-7029 fax

Thomas Rososky
Volvo Finance of
N. America
1700 Jay Ell Drive
Richardson, TX 75081
(972) 680-4089 fax

Gregory J. Jordan
Dykema Gossett Rooks
Pitts PLLC
Ford Motor Credit d/b/a
Volvo Finance NA Inc.
10 S. Wacker Dr
Ste 2300
Chicago, IL 60606
(866) 698-0830 fax

Ira Bodenstein
Richard Friedman
US Trustee
227 W Monroe
Ste 3350
Chicago, IL 60606
(312) 886-5794 fax

Jay Prassel
Premier Performance
Group
117 South Cook Street
Barrington, Illinois 60010
(775) 213-1718 fax

Ronald L Barnard
Barnard & Associates
33 North LaSalle St
Ste 2100
Chicago, IL 60603
(312) 641-1957 fax

Kim Robinson
William J. Barrett
Barack Ferrazzano K
Kirschbaum Perlman &
Nagelberg LLP
333 W. Wacker Dr Ste 2700
Chicago, IL 60606
(312) 984-3150 fax

Don Brown
C/o Midwest Brokerage
146 Cross Timbers Lane
St Charles, Missouri 63304
(636) 447-5533 fax

James H. Arenson
Arenson & Zimmermann,
PLC
101 Second Street SE,
Ste 904
Cedar Rapids, IA 52401
(319) 363-8448 fax

Peter A Clark
McDermott Will &
Emery LLP
829 W Monroe St
Chicago IL 60806-6080
(312) 984-7700 fax

Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186
(800) 260-6840 (HMO) fax
(217) 228-9015 (PRO) fax
(630) 773-9314 fax

Man Marketing
765 Kimberly Dr
Carol Stream, IL 60188
(630) 752-9288 fax

ADP Dealer Service
PO Box 88921
Chicago, IL 60695
(847) 839-2640 fax

Auto Focus
221 S Mitchell Ct
Addison, IL 60101
(630) 424-6887 fax

Patrick BMW
700 E Golf
Schaumburg, IL 60173
(847) 310-4335 fax

Citgo Petroleum Corporation
PO Box 4181
Birmingham AL 35246-0017
(866) 222-9935 fax

Nextel Communication
PO Box 4181
Carol Stream, IL 60197
(800) 639-6111 phone
(No fax # available)
(Served by Mail)

S&S Automotive
740 N Larch Ave
Emhurst, IL 60126
(630) 530-0783 fax
(630) 279-1600 phone

Domestic Uniform
4131 N. Ravenswood
Chicago, Il 60613
(773) 525-3207 fax
(773) 525-3200 phone

Principal Life/Dental
Dept 900 PO box 14416
Des Moines IA 50306-3416
(515) 246-7326 fax

Dent Express
956 W Army Trail Rd
Carol Stream IL 60188
(no fax number)
(630) 546-2846 phone
(no fax # available)
(Served by Mail)

Ketone Automotive Inc.
2535 S 25th Ave
Broadview, IL 60153
(708) 344-0122 fax
(708) 344-9998 phone
(Client requested by mail
only) (Served by Mail)

Jim Moran & Associates
PO Box 9410
Deerfield Beach, FL 33443
(954) 429-2678 fax

Frost Ruttenberg &
Rothblatt
111 Pfinsten Rd Ste 300
Deerfield, IL 60015
(847) 236-1155 fax

Enterprise Oil Co.
PO Box 66973
Chicago IL 60666
(773) 847-7125 fax

LML Technologies
P O Box 6197
Chicago, IL 60680
(937) 485-2569 fax
(Client requested by mail
only) (Served by Mail)

Com Ed
Bill Payment Center
Chicago, IL 60680
(877) 426-6331 phone
(No fax # available)
(Served by Mail)

ADP Commercial
Leasing LLC
PO Box 6197
Newark NJ 07189
(425) 957-3617 fax

JMJ Forms Corp.
321 Lintz St
Lemont, IL 60439
(630) 257-3057 fax/phone
(Client requested by Mail)
(Served by Mail)

Sonic Towing
16020 Suntone Dr
Unit C
South Holland, IL 60473
(708) 596-8698 phone
(no fax # available)
(Served by Mail)