**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| West Suburban Imports, Inc. | ) | Case No. 05-61043 |
| | ) | |
| Debtor | ) | A Chapter 11 Proceeding |
| | ) | for Reorganization |
| | ) | |
| | ) | Judge Susan Pierson Sonderby |

**FINAL
APPLICATION OF WILLIAM L. NEEDLER AND ASSOCIATES,
ATTORNEYS FOR DEBTOR, FOR INTERIM FEE
ALLOWANCE AND REIMBURSEMENT OF COSTS**

-------------------------------------------------------------------------------------------

TO:    The Honorable Susan Pierson Sonderby, Bankruptcy Judge.

The application of William L. Needler and Associates, respectfully represents:

1. The Applicant Law Firm is counsel for the above-named Debtor and Debtor-in-Possession and makes this Application for the final allowance of compensation, pursuant to Section 331 of the Bankruptcy Code, for professional services rendered and for reimbursement of actual out-of-pocket expenses necessarily incurred by Applicant Law Firm in the representation of said Debtor.

2. That on the 16th day of October 2005, the Debtor filed a voluntary petition under Title 11 of Chapter 11 of the United States Bankruptcy Code and an Order for relief thereupon issued.

3. The Debtor has continued in possession of the property of this estate after the commencement of the case and is now operating the business and managing the property pursuant to 11 U.S.C. Section 1107(a) and 11 U.S.C. Section 1108.

4. That on or about October 25, 2005 upon proper application and notice by the Debtor, this Court entered an Order approving the employment of William L. Needler and Associates, Ltd. to represent the Debtor in these Title 11 proceedings presently pending before the Court.

5. The law firm of William L. Needler and Associates, Ltd., was retained on a general retainer as heretofore disclosed in the Debtor's Application, the Statement of Fees filed with the clerk pursuant to 11 U.S.C. Section 329 and Bankruptcy Rule 2016(b) and as authorized by the above Order.

6. That this Applicant has filed a prior interim fee application with the Court in these proceedings for the period September 25, 2005 through February 7, 2006 for $69,309.30.  A Fee Order was received on March 22, 2006 approving payment of $63,203.30.  No payment has been received.

7. That this Application covers services rendered and expenses incurred from February 8, 2006 through July 15, 2006.   Members of the Applicant Firm performed all professional services for which interim allowance of compensation is requested on behalf of the Debtor and not on behalf of any committee, creditor or any other person.

8. During the period covered by this Application, the Applicant Firm expended in aggregate 141.4 hours for professional services on behalf of the Debtor.  Professional time includes 26.3 hours for attorney travel time. Professional time was expended as follows:

| Attorney | Hours |
|---|---|
| William L. Needler | 111.3 |
| William L. Needler Travel | 22.3 |

| Associate | Hours |
|---|---|
| David M. Schults | 3.8 |
| David M. Schults Travel | 4.0 |
| TOTAL: | 141.4 |

A complete accounting of the foregoing time is provided in the attached Recap and incorporated herein by reference. The rates charged by the applicant firm are as follows:

### ATTORNEYS

| | |
|---|---|
| William L. Needler | $275.00 |
| William L. Needler Travel | 137.50 |
| Associates (Schults) | $220.00 |
| Schults Travel | $110.00 |

Accordingly, and based on such rates, the value of professional services rendered during the period February 8, 2006 through July 15, 2006 by the Applicant firm totals $34,949.75.

9. Expenses billed through July 9, 2006 for William L. Needler and Associates, Ltd. which have not been reimbursed, total $2,002.18 and are also detailed in Exhibit "A" and included on the attached Recap.

10. Thus, the Applicant Firm is seeking a final fee allowance in the amount of $34,949.75 and reimbursement of costs in the amount of $2,002.18; or a total amount of $36,951.93.

11. In requesting these fees, the Applicant has taken into consideration the various criteria suggested by the courts for determining awards of compensation in Bankruptcy cases and is prepared to demonstrate that this Applicant and its services meet the guidelines established therein. See In Re First Colonial Corp. of America.

544 F. 2d 1291 (5th Cir. 1977).

    12.  William L. Needler and Associates, Ltd.'s professional services for the Debtor during the period covered by this application include the following:

- (a) Negotiations with various creditors and their attorneys after the filing of the Chapter 11 petition and during the pendency of these Chapter 11 proceedings;

- (b) Preparation of the Debtor's Statement of Financial Affairs and Schedule of Liabilities;

- (c) Representation of the Debtor at various meetings of creditors;

- (d) Preparation of motions and representation of Debtor with respect to motions and objections brought by various creditors;

- (e) Preparation of the Debtor's Chapter 11 Plan of Reorganization and other related documents filed with the Court;

- (f) Continuing work to protect the assets of this estate for creditors;

- (g) Review of Ford Motor Credit documents and proposed orders with regards to continuing use of cash collateral and related pleadings and proposed sale of assets;

- (h) The negotiation and representation of the Debtor entity with regards to the pending Section 363 sale and transfer of assets;

- (i) Continuing work to protect the Debtor's Volkswagen Franchise;

- (j) Draft file and pursue withdrawal of reference and appeals in U.S. District Court;

- (k) Employment of consultants and related activities;

- (l) Advising and counseling the Debtor on his duties and responsibilities as Debtor-in-Possession and on all other matters arising in or related to these proceedings.

13. After being retained as counsel in this case, no beneficial interest, direct or indirect, in any claims against or interest in the Debtor has been acquired or transferred to the Applicant on or for its account of any of their individual members.

14. No payments have been made or promised to William L. Needler and Associates, Ltd., for services rendered in connection with this case except a $40,000.00 retainer from third parties was paid and a $839.00 filing fee paid prior to filing.

15. No agreement or understanding exists between the Applicant and any other person to share Applicant's compensation for services rendered in connection with the case except among members of the law firm; and no agreement or understanding exists between the Applicant and any other person rendering services in connection with this case to share such other person's compensation.

16. All services for which the Applicant requests compensation were performed with regard to the petition under Chapter 11 and were rendered in connection with this proceeding, pursuant to an Order of this Court.

17. That the services which are shown in Exhibit "A" were both actual and necessary and the compensation requested is reasonably based on the time, nature, extent and value of such services rendered in connection with the proceedings of this Debtor before this Court.

18. That the hourly rate for professional services of attorneys William L. Needler and Associates, Ltd. heretofore more fully set forth, are both reasonable and competitive with the prevailing rates charged for such services and have previously been approved by this Court in other Chapter 11 cases.

19.  That the services performed by the Applicant have been for the benefit of this estate and for the purpose of protecting the Debtor's property and assets of the estate.

20.  The Applicant's time and charges are herein categorized and labeled by tasks as follows:

| Category | Task | Time | Charges |
|---|---|---|---|
| 1 | Interim Fee Applications and review of timeslips, employment, and pre-filing activities | 15.55 | $ 4,276.25 |
| 2 | Administrative matters, Creditor meetings, U.S. Trustee Reports, preparation of filing documents, Schedules, Statement of Affairs, and Committee Matters | 4.5 | $ 1,237.50 |
| 3 | Adversary proceedings | 0 | $ 0 |
| 4 | Debtor's Plans and Disclosure Statements and Confirmation | 0 | $ 0 |
| 5 | Sale and Protection of Assets | 27.8 | $ 7,645.00 |
| 6 | Matters relating to various creditor interests and claims | .3 | $ 82.50 |
| 7 | Cash collateral motions and matters relating to use of collateral | 2.7 | $ 742.50 |
| 8 | Matters relating to creditor claims | .5 | $ 137.50 |
| 9 | Dealer Operations | 39.75 | $10,722.25 |
| 10 | Matters relating to Prepetition Litigation | 0 | $ 0 |
| 11 | Travel | 26.3 | $ 3,506.25 |
| 12 | Withdrawal of Reference and Appeals | 0 | $ 0 |
| 13 | Chapter 11 Collection Actions | 15.3 | $ 4,207.50 |
| 14 | Chapter 7 Conversion Matters | 8.7 | $ 2,392.50 |

|        |       |            |
|--------|-------|------------|
| TOTALS | 141.4 | $34,949.75 |

WHEREFORE, William L. Needler & Associates, respectfully requests this Court issue an Order authorizing the payment and disbursement from such monies as may be, or may become available, the sum of $34,949.75 for legal services and $2,002.18 as reimbursement of out-of-pocket expenses, or a total of $36,951.93 for the period February 8, 2006 through July 15, 2006 plus $63,203 approved, but not paid, for a total of $100,155.23.  Applicant further requests that any denial of fees and costs be without prejudice to the Applicant's rights to a future award of fees based upon the services and expenses outlined in this application and for such other and further relief as this Court deems just, including the $6,945.00 previously deducted for fax charges.  (See <u>Exhibit 1</u> attached.)

DATED: July 19, 2006

                                  WILLIAM L. NEEDLER & ASSOCIATES

                                  by: _____/s/ William L. Needler_____

<u>Attorneys for Debtor</u>
William L. Needler
William L. Needler & Associates
555 Skokie Blvd., Ste 500
Northbrook, IL  60062
ID #02025248
(847) 559-8330
(847) 559-8331 fax

## **EXHIBIT A**

Recap of all Professional Fees and Unreimbursed Expenditures for the period February 8, 2006 through July 15, 2006 for West Suburban Imports, Inc.

PROFESSIONAL TIME:

| | |
|---|---|
| Attorney time (Needler) | |
| 111.3 hrs. @ $275.00 per hour | $ 30,607.50 |
| Associate time (Schults) | |
| 3.8 hrs. @$220.00 | $      836.00 |
| | |
| Attorney travel time (Needler) | |
| 22.3 hrs. @ $137.50 per hour | $   3,066.25 |
| Associate travel time (Schults) | |
| 4.0 hrs. @$110.00 | $      440.00 |
| TOTAL PROFESSIONAL FEES | $ 34,949.75 |

UNREIMBURSED EXPENDITURES:

| | |
|---|---|
| February 2006 | $751.95 |
| March 2006 | $873.32 |
| April 2006 | $257.92 |
| May 2006 | $ 13.12 |
| June 2006 | $105.87 |

| | |
|---|---|
| TOTAL UNREIMBURSED EXPENDITURES | $   2,002.18 |
| Total Fees and Expenses on Final Application | $ 36,951.93 |
| Fees Approved on Interim Basis 3/22/06 (Exhibit 1)   $ 98,917.50 | |
| Less Retainer Received         ($40,000.00) | |
| Net Fees Due (Exhibit 1) | $ 58,917.50 |
| Net Expenses Due (Exhibit 1) | $   4,285.80 |
| Total Payout Requested | $ 100,155.23 |

**EXHIBIT B**

Recap of Total Fees and Costs Due
William L. Needler & Associates

IN RE: West Suburban Imports, Inc.

| | Charges Fees | Charges Expenses | Fees and Expenses Approved | Payments | Fees Approved | Fees Not Approved | Expenses Approved | Expenses Not Approved |
|---|---|---|---|---|---|---|---|---|
| Retainer Paid | | | | $40,000.00 | | | | |
| 1st App | $98,917.50 | $11,230.80 | $ 0.00 | $ 0.00 | $98,917.50 | $0.00 | $4,285.80 | $6,945.00 |
| FinalApp | $34,949.75 | $ 2,002.18 | $ 0.00 | $ 0.00 | | | | |

Total Fee Application                          $100,155.23

(Note 1)  See Order of 3/22/06 as Exhibit 1 hereto.

AUG-29 93 15:33 FROM:
JUL-14-2006 22:21 FROM:
Friday, May 12, 2006 9:27 AM
Case 05-61043    Doc 261    Filed 07/19/06    Entered 07/19/06 12:49:42    Desc Main
Document      Page 10 of 14
TO:941 792 0073    PAGE:02
Needler 941#792#8073
p.01

Electronically Filed Document Case 05bk61043 Entered 02/26/2006 Filed by William Needler Description Proposed Order Page 1 of 2

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                )
                      )
WEST SUBURBAN IMPORTS INC.  )    Case No. 05-61043
                      )
        Debtor        )    A Chapter 11 Proceeding
                      )    for Reorganization
                      )
                      )    Judge Susan Pierson Sonderby

### ORDER AS TO THE FIRST INTERIM APPLICATION FOR THE ALLOWANCE OF FEES AND EXPENSES FOR DEBTOR'S ATTORNEY WILLIAM L NEEDLER AND ASSOCIATES

William L. Needler and Associates the Debtor's Attorney in this Chapter 11, having filed its First Interim Application for the Allowance of Fees and expenses with the Court on February 26, 2006; and

Said Application having been served among others on the U.S. Trustee, the Debtor, various Interested Parties and the Twenty Largest Unsecured Creditors ; and

Said Application having contained a full detail as to time records and expenses for the period of September 25, 1005 until February 7, 2006; and

This Application having included Exhibit A, outlining Fees and Expenses sought, which are attached hereto including an additional 40 pages detailing time entries and explanations for that period and detail of expenses; and

The Debtor's Attorney seeking $98,917.50 in allowance of Fees and $ 11,230.80 for Expenses for this period or a total of $110,148.30; and

The Applicant having received a pre petition retainer payment of $40,000.00 and a filing cost advance of $839.00, and

Electronically Filed Document Case 05bk61043 Entered 02/26/2006 Filed by William Needler Description Proposed Order Page 2 of 2

The Applicant seeking approval of the $40,000.00 retainer advanced and the approval of the Time Entries attached, and a Payout authorization as an Administrative expense of $69,309.30, and

The Court ~~aware of the facts herein and the progress of this case and the numerous deadlines set~~, having reviewed the application and the supplement thereto, and considered the oral objection of the U.S. Trustee, orders as follows:

~~1.)~~ ~~The retainer advance of $40,000.00 is hereby approved, and~~

1.) The Attorney Fees for the period are allowed for $98,917.50, and on an interim basis

2.) The detailed expenses for $4,285.80 ~~$11,236.80~~ are approved ~~as outlined~~, and

3.) The net of Attorneys fees after Application of the pre petition retainer of the $40,000.00 retainer or $58,917.50 are hereby ~~as~~ approved, valid on an interim basis, Administrative expenses and ordered paid from available funds; and

4.) The expenses for the period are allowed for $4,285.80 ~~$11,236.80~~ and approved ~~as~~ less $6945.00 valid administrative expenses and ordered also paid by the Debtor from available funds; and

5) All future fee petitions shall include a detailed narrative sufficient to assess reasonableness and necessity of services rendered.

Entered this 22 day of March 2006.

U.S. Bankruptcy Judge.

Order Prepared by:

William L. Needler and Associates
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 Fax


EXHIBIT
Debtor
1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WEST SUBURBAN IMPORTS INC. | ) | Case No. 05-61043 |
| | ) | |
| Debtor | ) | A Chapter 11 Proceeding |
| | ) | for Reorganization |
| | ) | |
| | ) | Judge Susan Pierson Sonderby |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that on July 26, 2006 at 10:00 A.M. that the Final Application for Allowance of Professional Fees and Expenses for Debtor's Attorney will be heard before Judge Susan Pierson Sonderby in Room 642 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604.  (A copy of the Application and Notice are attached.)

July 19, 2006

/s/ William L. Needler
William L. Needler
William L. Needler and Associates
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 - FAX

**PROOF OF SERVICE**

William L. Needler, an attorney, certifies that he filed this Application on July 19, 2006 with the Clerk of the above Court via CM/ECF electronic filing and that the persons listed by the Court were served electronically.

This Attorney also certifies that he also caused to be served, a copy of the above Application and Notice with the Time Records and Expense Listings as attached hereto, to the persons listed on the attached Service List by mail on or before July 21, 2006 from Ogallala, Nebraska with postage prepaid.

/s/ William L. Needler
William L. Needler

**West Suburban Imports, Inc.**
**Chapter 11**
**Case No. 05-61043**
**Mail Service List**
**July 19, 2006**

Sam Tomaino
PO Box 277
Maywood, IL 60153

Ira Bodenstein
Richard Friedman
US Trustee
227 W Monroe Ste 3350
Chicago, IL 60606

Jay Prassel
Premier Performance Group
117 South Cook Street
Barrington, Illinois 60010

Ronald L Barnard
Barnard & Associates
33 North LaSalle St Ste 2100
Chicago, IL 60603

John Burke
Ice Miller
200 West Madison St Ste 3500
Chicago, IL 60606-3417

Anthony Cavallo
Henderson & Lyman
175 West Jackson Blvd. Ste 240
Chicago, IL 60604

Douglas Graham,
Asst. General Counsel
Exelon Business Services
Company
10 South Dearborn, 35th FL
Chicago, IL 60603

Ira Goldberg
Abraham Brustein
Dimonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068

Robert B Katz
Chapter 7 Trustee
Law Offices of Robert Katz
223 W Jackson Blvd Ste1010
Chicago, IL 60606

Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186

Man Marketing
765 Kimberly Dr
Carol Stream, IL 60188

ADP Dealer Service
PO Box 88921
Chicago, IL 60695

Auto Focus
221 S Mitchell Ct
Addison, IL 60101

Patrick BMW
700 E Golf
Schaumburg, IL 60173

Citgo Petroleum Corporation
PO Box 4181
Birmingham AL 35246-0017

Nextel Communication
PO Box 4181
Carol Stream, IL 60197

S&S Automotive
740 N Larch Ave
Emhurst, IL 60126

Domestic Uniform
4131 N. Ravenswood
Chicago, Il 60613

Principal Life/Dental
Dept 900 PO box 14416
Des Moines IA 50306-3416

Dent Express
956 W Army Trail Rd
Carol Stream IL 60188

Ketone Automotive Inc.
2535 S 25th Ave
Broadview, IL 60153

Jim Moran & Associates
PO Box 9410
Deerfield Beach, FL 33443

Frost Ruttenberg &Rothblatt
111 Pfinsten Rd Ste 300
Deerfield, IL 60015

Enterprise Oil Co.
PO Box 66973
Chicago IL 60666

LML Technologies
P O Box 6197
Chicago, IL 60680

Com Ed
Bill Payment Center
Chicago, IL 60680

ADP Commercial Leasing LLC
PO Box 6197
Newark NJ 07189

JMJ Forms Corp.
321 Lintz St
Lemont, IL 60439

Sonic Towing
16020 Suntone Dr
Unit C
South Holland, IL 60473