**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| West Suburban Imports, Inc. | ) | Case No. 05-61043 |
| | ) | |
| Debtor | ) | A Chapter 7 Proceeding |
| | ) | |
| | ) | |
| | ) | Judge Susan Pierson Sonderby |

| | | |
|---|---|---|
| County of Cook | ) | |
| | ) SS | |
| State of Illinois | ) | |

**SWORN DECLARATION BY WILLIAM L. NEEDLER OF**

**WILLIAM L. NEEDLER AND ASSOCIATES, LTD.**

**ATTORNEY FOR CHAPTER 11 DEBTOR**

**IN SUPPORT OF HIS**

**FINAL APPLICATION FOR FEES AND EXPENSES IN THE**

**WEST SUBURBAN IMPORTS INC. CHAPTER 7**


William L. Needler on oath subject to a charge of perjury states as follows:

1.) This Sworn Declaration is by William L. Needler, the Applicant and Attorney for the Chapter 11 Debtor listed above for allowance of Final Fees and Costs filed by the Applicant at Docket #261 under date of 7/19/06.

2.) The Declarant's First Interim Application for Allowance of Fees and Expenses for the period of September 25, 2005 through February 7, 2006,

a period of approximately 4 ½  months was filed on 2/26/06 and an Order

was entered hereafter or 3/22/06.

3.)     Declarant states that this Order as to the First Interim Request for

Allowance of Fees and Expenses at Docket at entry # 214 is dated

3/22/06. Under the Order, all fees were allowed and the Retainer amount

of $40,000.00 was approved and allowed to be deducted and the net fees

for this Application period were approved for $58,917.50.

4.)     The Declarant states that these approved fees were never paid and are

again included in this final request.  (See the Court's Order attached with

written changes initialed, attached to this Final Application.)

5.)     The Declarant also states that the unreimbursed Expenses requested at

that time were $11,230.80 but only $4,285.80 were approved.  This award

of $4,285.80 was also never paid and is included in this Final Application.

(See further this Court's Order with written changes, also attached to this

Final Application).

6.)     This hearing being well over 3 ½ years ago, Applicant can not recall why

$6,945.00 in legitimate unreimbursed costs and expenses were

disallowed.

7.)     The Declarant states on reviewing this record that these unapproved fees

of $6,945.00 were not requested in this Final Application, - obviously this

Applicant would like them approved now and added to the total requested.

After all this delay of 3 ½ years from 3/22/06 to now has been damaging to

this Declarant and his Law Firm – The loss of these funds has hurt this

Law Firm and its principal, this Declarant herein.

8.)   This Declarant further states that this Final Request for Allowance of Fees

and Expenses in this case is for the Chapter 11 period of February 8,

2006 to July 15, 2006 and is as follows:

A.)   $30,507.50 in fees and $2002.18 in expenses or a total of

$36,951.93.

B.)   This request with the Fees and Expenses previously

approved on 3/22/06, but unpaid is $63,203. (See Exhibit A

and Exhibit B to this Application.)

C.)   This total requested is $100,155.23 (See  Exhibit A and

Exhibit B to this Application.)

9.)   The Declarant further states that  were the disallowed expenses now

awarded that would total increase this final request  by $6,945.00 and

would constitute a final request of $107,100.23

10.)   The Declarant states that considering the actions and accomplishments of

this Applicant in:

A.)   Keeping the Debtor Car Dealer in business and against all

odds and thus saving the Franchise; and

B.)   Protecting the Volkswagen Franchise which was later sold

for nearly $9,000,000 – against Motions to cancel the

Volkswagen Franchise by the Volkswagen Company and an

Order for Relief from Stay granted to Ford Motor Credit and

then a State Court Replevin Action by Ford Motor Credit in

the State Court; and

C.)     All the other accomplishments on the docket.

This Declarant believes that this award for Final Fees and Cost should be

the Final Total of $107,100.23

11.)     The Declarant can further state in further support of this request  that

since the Trustee has been appointed additional time and expenses have

accrued these are detailed on  Exhibi1 attached, to this Application.  This

Exhibit 1 demonstrates the line-by-line assistance this Applicant has given

to the Trustee and this Estate to try to lead this Trustee as to the collection

of possible assets. (See further Exhibit 1.)

12.)     Declarant states that this Exhibit 1 details the assistance given by this

Applicant to the Trustee and this Estate in time and expense totals

another $7,645.45.

13.)     Declarant can state that he fails to understand why this estate's assets

shouldn't exceed what was previously and recently reported by the

Trustee to the Court.

14.)     Declarant can state that he and the Consultant in this case were until after

the case was converted, unaware of the unlawful actions of Barry Gilflix of

Lease By Tel, an interested party of the Debtor, who ran his own lease

business through this Entity.

15.) Declarant understands that this illegality by Barry Gilflix of Lease By Tel is detailed in some 600 transaction files turned over to the Chapter 7 Trustee by the Debtor's Consultant .

16.) Declarant fails to understand why actions against Barry Gilflix and Lease By Tel have not resulted in recoveries that would dwarf what the Trustee has in his coffers at this date.

17.) Declarant understands Barry Gilflix and Lease By Tel are still in business with sizeable assets.

18.) Declarant in filing and preparing this Application as with all other like Applications which he has filed in Debtor Chapter 11s since 1976, he has been conscious of the Standards as previously set out in Johnson vs. Georgia Highway Express 655 F2d 1291 (5th Cir 1977) which he believes have been met herein as follows:

    (a.) <u>Time and Labor Involved</u> – Of all Chapter 11 cases, in which this Applicant has participated as Debtors' Attorney since 1976, this case rates right up top of all his 300 plus Chapter 11 Debtor cases in the amount of time and labor expended and devoted to a case.  All Motions, Objections in this case were timely answered and all Court deadlines were met. This Applicant has, he believes done well over 20 Chapter 11s in the past 33 year for retail car dealers, all of which have required extreme attorney time because they include irate customers who have failed for various reasons to have

their warranty claims satisfied, or failed to have their used

car trade-ins fully paid and also many times MSO's (Factory

Certificate of Origin) were not given to them on new sold

vehicles that were without Titles.  In the latter case, the

vehicle cannot be registered with the state and licensed.

Even though Applicant is just the Car Dealers Debtor's

Attorney, if one looks at Applicant's time records, one will

see that much time is taken to handle these consumer and

creditor complaints which many times came directly to the

Applicant.  Because the operation of a Dealership under

Chapter 11 is so complicated with Cash Collateral,

escrowing sales proceeds and other operational issues and

problems, these Debtor Dealer cases take a tremendous

amount of time.  Additionally they are very litigious because

everyone's nose is out-of-joint, especially the secured lender

who believes the car dealer has totally disregarded all floor

plan rules and is guilty of prepetition misconduct rules and

additionally prepetition he has gone out of trust.

(b.)    <u>Novelty and Difficulty of Questions Presented</u> –

There are always novel questions that arise under the Cash

Collateral Orders. Lots of novel and difficult questions arise

as to the franchise and franchise law and how these affect

properties of the estate under 11 USC Section 541and how

the Federal Statute entitled "the Dealers' Day in Court Act"
may protect this Debtor's Franchise.

(c.)   <u>Skill Requisite to Perform Legal Service</u> –

These cases take a lot of skill by the Debtor's Attorney
because of the novelty of Dealer operations.  After having 20
Dealer Chapter 11 cases, this Applicant has a better idea of
the hands on problems with titled vehicles which must be
solved.  Applicant believes he has achieved a certain
amount of skill in these cases over 30 plus years.  Applicant
has done these cases all over the country from Texas, to
South Carolina, to Nebraska, to Minnesota, to New York, to
New Jersey, to Montana, to New Mexico, and in Illinois. In all
these jurisdictions, he has never met a Debtors' Attorney
who has more experience in Debtor Chapter 11 Retail Car
Dealer Reorganizations.  Since the only effective way to
reorganize and pay creditors, is to sell the franchise and
assets.  This Applicant has developed contacts with various
specialty brokers across the Country who handle mostly
retail Car Dealer Asset Sales and specifically the sale of the
Franchises. An in-depth knowledge is required to know the
proper pricing of the franchise and other assets and whether
to recommend the sale or not. (Namely proper pricing on
parts, shop and repair equipment, vehicles on hand, sale of

the franchise itself, together with treatment of the factory

hold-backs and dealer incentives and other factory credits

owned by the Debtor.)  In this case, the sale of the

Franchise, equipment , and factory incentives, this Applicant

believes obtained over $9,000,000 to this estate on the sale.

This result was miraculous.  As this Court must know at the

present time such assets have little value as no one is

buying franchises today with the mess in Detroit.

(d.)   <u>Preclusion of other Employment</u> – Applicant can state that

even though this case took a lot of time for quite a period, he

was not precluded from other employment.

(e.)   <u>Customary Fee for Similar Work</u> – His fee charge here of

$275.00 per hour is the same as was previously approved in

this Case.  No party to this case has had an objection to his

rate.  Applicant believes his fee rate was much less than that

of the Attorneys for Ford Motor Credit, Volkswagen, and the

Purchaser's Attorney.  This rate based on the Declarant's

experience history, is much too low.

(f.)   <u>Whether the Fee is Fixed or Contingent</u> – Fees are charged

on hourly rates per the 2016 (b) Statement filed herein.

(g.)   <u>Time Pressures Imposed by Client and Circumstances</u> –

Retail Car Dealer Cases take an extreme amount of time

because of the complexity of the day today transactions and

the level of resistance and the level of complaints by others

including both consumers, unsecured creditors and

particularly secured creditors.

(h.) <u>Amount Involved and Result of Attorney Services</u> – The

amount involved in automotive cases with the large floor

plan lines is usually high.  In this case, the Ford Motor Credit

Claim exceeded $9,000,000 and through the sale

engineered by this Applicant, this Claim was paid in full.

This was a very favorable result. The franchise was really

sold at probably $4,000,000 over market.  It was so high that

the purchaser never made it and now the franchise has been

lost forever. These results should impel this Court to award a

bonus and not reduce this request.

(i.) <u>Experience, Reputation and Ability of Attorney Applicant</u> –

This Applicant prior hereto filed and confirmed a Chapter XII

under the Old Act. Since October 1979 this Applicant has

been filing and handling numerous Chapter 11s. The number

of Chapter 11 Debtors including farmers represented in

Chapter 11s over this period is well as over 300.  Applicant

knows of no other Farmer Debtor Chapter 11 lawyers in the

Mid West Farm Belt that have confirmed the number of

farmers as this Declarant. Also Declarant has yet to meet

another lawyer in any of the jurisdictions that has applicant

total experience representing this many car dealer Chapter 11 cases.

In the U.S. Supreme Court case of Norwest Bank Worthington vs. Ahlers 108 Sup Crt 963 (1988) with regard to the Absolute Priority Rule, Declarant appeared for the Respondent from the initial filing in the U.S. Bankruptcy Court in St Paul, Minnesota to the U.S. District Court in Minneapolis, to the 8th Circuit in St Louis and on Oral Argument before the U.S. Supreme Court to return to the U.S. Bankruptcy Court in St. Paul, Minnesota to confirm Farmer/Debtors James and Mary Ahlers Plan of Reorganization.

Additionally in this U.S. Supreme Court Case the Applicant was complemented in its opinion for his vigorous defense of farmers.

Declarant has appeared in numerous Chapter 11s Debtor/Appellant Appeals cases in the 2nd, 4th, 5th, 7th, 8th, 9th, and 10th Circuits of the United States.

(j)    <u>Desirability of Case</u> – Because of the animosity in these dealer cases and the accumulation of large unpaid fees, Applicant has decided since this case that he will take no more such Dealer cases. Three years delay on fees and over $100,000 due is too much for this single practitioner.

(k.)   <u>The Nature and Length of Relationship</u> – The Applicant had at the time of filing only known his Client for a period less than 30 days.

19.)   Declarant can state that he should be awarded his full fees especially considering the moneys collected by the Chapter 7 Trustee to date.

20.)   Declarant believes the Chapter 7 Trustee can still and should take steps to collect large sums from Barry Gilflix and Lease By Tel.

21.)   Declarant understands that the 600 transaction files turned over to the Trustee, clearly shows a fraud on the Dealership and that many of those files are prepetition but also many are post petition

22.)   Declarant understands that Barry Gilflix still leases vehicles and still has a thriving  business on the East Coast where he leases top line cars, Mercedes, BMW's, Audi, Cadillac and the like and that he still advertises in the Wall Street Journal.

23.)   This Declarant can state that the statements in this Application are true and correct and that the two Fee Applications filed with this Court are true and accurate to the best of Declarant's knowledge and belief and further this Declarant would so declare under oath personally before this Court.


/s/ William L. Needler

William L. Needler
William L. Needler and Associates, Ltd.
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
IL Bar #2025248
847-559-8330 p
847-559-8331 f
williamlneedler@aol.com

WILLIAM L. NEEDLER & ASSOCIATES LTD
Client Billing Worksheet

Case 05-61043    Doc 420    Filed 06/22/09    Entered 06/22/09 14:50:13    Desc Main
Document    Page 13 of 21

## Selection Criteria

| | |
|---|---|
| **Date range** | **:07/09/06 through 06/20/09** |
| **Slip numbers** | **:35739 through 46394** |
| **STAFF MEMBER** | **:All** |
| **Client** | **:WEST SUBURBAN** |
| **Activity** | **:All** |
| **Custom Fields** | **:All** |
| **Reference** | **:All** |
| **Slip status** | **:Billed slips and transactions excluded** |
| **Other options** | **:** |
| **Print Bills that are "paid in full"** | **:Yes** |
| **Include transactions outside date range** | **:No** |
| **Print Bills with no activity** | **:Yes** |

| | |
|---|---|
| Nickname 1 | : WEST SUBURBAN    Nickname 2    : 847 |
| Address | : WEST SUBURBAN IMPORTS |
| Rounding | : None |
| Full Precision | : No |
| | |
| Last bill | : |
| Last charge | : 06/10/09 |
| Last payment | : 10/15/05    Amount    : $40,839.00 |
| Arrangement | : Time Charges: From slips. |
| | : Expenses: From slips. |

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 07/09/06 #35871 | NEEDLER WILLIAM / OCK CODING TIMESLIPS FOR FINAL APPLICATION (SENT COPY BY FAX). | 1.50 275.00 | 412.50 | |
| 07/13/06 #35741 | NEEDLER WILLIAM / OCK COMPREHENSIVE DISCUSSION WITH IRA GOLDBERG HAVING TO DO WITH COLLECTIONS AS TO CHAPTER 11 FOR TRUSTEE. (CODE 14) | 0.50 275.00 | 137.50 | |
| 07/13/06 #35896 | NEEDLER WILLIAM / OCK COMPREHENSIVE DISCUSSION WITH IRA GOLDBERG HAVING TO DO WITH COLLECTIONS AS TO CHAPTER 11 FOR TRUSTEE. (A COPY) | 0.50 275.00 | 137.50 | |
| 07/15/06 #35740 | NEEDLER WILLIAM / OCK WORK ON WEST SURBURAN FINAL APPLICATION FOR FEES AND EXPENSES; REVIEW OF APPLICATION, DESCRIPTION AND CODING. (CODE 1) | 3.50 275.00 | 962.50 | |
| 07/15/06 #35910 | NEEDLER WILLIAM / OCK WORK ON WEST SURBURAN FINAL APPLICATION FOR FEES AND EXPENSES; REVIEW OF APPLICATION, DESCRIPTION AND | 3.50 275.00 | 962.50 | |

Date 06/21/09
Time 11:23 am

WILLIAM L. NEEDLER & ASSOCIATES LTD
Client Billing Worksheet

Case 05-61043    Doc 420    Filed 06/22/09    Entered 06/22/09 14:50:13    Desc Main
Document      Page 14 of 21

Page 2

WEST SUBURBAN         :WEST SUBURBAN IMPORTS (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| #35910.. | CODING. | | | |
| 07/17/06 #35928 | NEEDLER WILLIAM / OCK PHONE CALL TO ROBERT KATZ, TRUSTEE; 341 CONTINUED MEETING CANCELLED. | 0.20 275.00 | 55.00 | |
| 07/19/06 #35951 | NEEDLER WILLIAM / OCK PREPARE AND FILE FINAL APPLICATION FOR FEES AND EXPENSES WITH CORRECTION. | 0.80 275.00 | 220.00 | |
| 07/24/06 #35995 | NEEDLER WILLIAM / OCK PREPARE DRAFT ORDER AS TO FINAL APPLICATION FOR FEES AND EXPENSES. | 0.40 275.00 | 110.00 | |
| 07/26/06 #36005 | NEEDLER WILLIAM / OCK APPEAR IN COURT ON FINAL APPLICATION FOR FEES AND EXPENSES; CONTINUED TO 9/19/06. | 0.60 275.00 | 165.00 | |
| 07/26/06 #36006 | NEEDLER WILLIAM / OCKT TRAVEL TO AND FROM COURT AS TO FINAL APPLICATION FOR FEES AND EXPENSES. | 1.00 137.50 | 137.50 | |
| 09/15/06 #36422 | NEEDLER WILLIAM / OCK DISCUSSION WITH SAM TOMAINO AS TO STATUS AND CONTINUED DATE AND FILES. | 0.30 275.00 | 82.50 | |
| 09/15/06 #36424 | NEEDLER WILLIAM / OCK LONG CONFERENCE ON STATUS WITH ABE BRUSTEIN AS TO (1) STATUS DATE, (2) CONTINUATION, (3) RECORDS, (4) LEASE BY TEL FILES, (5) JAY PRASSELL. | 0.40 275.00 | 110.00 | |
| 09/22/06 #36468 | NEEDLER WILLIAM / OCK VARIOUS DISCUSSIONS WITH SAM TOMAINO AS TO STATUS IN THE CHAPTER 7 CASE; REVIEW OF ORDER. | 0.40 275.00 | 110.00 | |
| 10/23/06 #36739 | NEEDLER WILLIAM / OCK DISCUSSION WITH BRISBY'S OFFICE AS TO DEPOSITION, FACTS AND DATES. | 0.40 275.00 | 110.00 | |
| 10/25/06 #36783 | NEEDLER WILLIAM / OCK PHONE CALL TO DAVID BRISKY AS TO NEW DEPOSITION DATE. | 0.20 275.00 | 55.00 | |
| 10/28/06 #36800 | NEEDLER WILLIAM / OCK PHONE CALL TO SAM TO DISCUSS DEPOSITIONS. | 0.20 275.00 | 55.00 | |
| 11/09/06 #36897 | NEEDLER WILLIAM / OCK DISCUSSION WITH SAM AS TO DEPOSITIONS. | 0.20 275.00 | 55.00 | |
| 11/14/06 #36970 | NEEDLER WILLIAM / OCK PHONE CALL TO SAM TOMAINO AND RON BARNARD. | 0.20 275.00 | 55.00 | |

Date 06/21/09
Time 11:23 am

**WILLIAM L. NEEDLER & ASSOCIATES LTD**
Case 05-61043    Doc 420    Filed 06/22/09    Entered 06/22/09 14:50:13    Desc Main

Client Billing Worksheet
Document    Page 15 of 21

WEST SUBURBAN        :WEST SUBURBAN IMPORTS (continued)

Page 3

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 11/15/06 #36987 | NEEDLER WILLIAM / OCK<br>PHONE CALL TO SAM TOMAINO AS TO DEPOSITION ON FRIDAY THE 17TH. | 0.20<br>275.00 | 55.00 | |
| 11/15/06 #36988 | NEEDLER WILLIAM / OCK<br>ADDITIONAL CALL FROM RON BUSKY ON DEPOSITION. | 0.20<br>275.00 | 55.00 | |
| 11/15/06 #36989 | NEEDLER WILLIAM / OCK<br>PHONE CALL FROM AND TO SAM TOMAINO AS TO DEPOSITION FRIDAY. | 0.20<br>275.00 | 55.00 | |
| 11/17/06 #37002 | NEEDLER WILLIAM / OCK<br>PHONE CALL TO SAM TOMAINO AS TO DEPOSITION IN THIS CHAPTER 11. | 0.20<br>275.00 | 55.00 | |
| 11/17/06 #37006 | NEEDLER WILLIAM / OCK<br>CALL FROM BRISKEY AS TO DEPOSITION OF SAM TOMAINO. | 0.20<br>275.00 | 55.00 | |
| 12/04/06 #37154 | NEEDLER WILLIAM / OCK<br>VARIOUS CALLS AS TO HEARING IN THIS CASE FOR 12/5/06 AT 10:30; CALL TO SAM TOMAINO. | 0.30<br>275.00 | 82.50 | |
| 01/12/07 #37605 | NEEDLER WILLIAM / OCK<br>DISCUSS STATUS WITH TRUSTEE ADMINISTRATION OF ESTATE WITH SAM TOMAINO AND LETTER TO TRUSTEE. | 0.40<br>275.00 | 110.00 | |
| 01/12/07 #37614 | NEEDLER WILLIAM / OCK<br>PHONE CALL WITH JAY PRASSELL AS TO STATUS. | 0.20<br>275.00 | 55.00 | |
| 01/15/07 #37647 | NEEDLER WILLIAM / OCK<br>DISCUSSION WITH TRUSTEE ABOUT CASH COLLATERAL, LIENS, D.I.P. EXPENSES, SHERMAN BAKER AND CHECK. | 0.40<br>275.00 | 110.00 | |
| 01/19/07 #37741 | NEEDLER WILLIAM / OCK<br>PHONE CALL TO JAY PRASSELL TO DISCUSS MEETING; PHONE CALL FROM AND TO SAM TOMAINO AS TO MEETING IN CHICAGO AND LEAVE LONG MESSAGE WITH TRUSTEE IRA GOLDBERG AS TO MEETING IN CHICAGO REGARDING ASSETS OF THIS ESTATE. | 0.50<br>275.00 | 137.50 | |
| 01/31/07 #37871 | NEEDLER WILLIAM / OCK<br>DISCUSSION WITH SAM TOMAINO AS TO STATUS. | 0.30<br>275.00 | 82.50 | |
| 02/25/07 #38181 | NEEDLER WILLIAM / OCK<br>REVISE AND EXPAND D.I.P. HISTORY TO TRUSTEE. | 0.50<br>275.00 | 137.50 | |
| 02/25/07 #38186 | NEEDLER WILLIAM / OCK<br>PREPARE LONG FAX TO TRUSTEE AS TO ASSETS OF THIS ESTATE. | 0.40<br>275.00 | 110.00 | |
| 03/03/07 #38251 | NEEDLER WILLIAM / OCK<br>LONG FAX AS TO MONEYS DUE, ALEX AND CASH COLLATERAL | 0.30<br>275.00 | 82.50 | |

Date 06/21/09
Time 11:23 am

WILLIAM L. NEEDLER & ASSOCIATES LTD
Client Billing Worksheet

Case 05-61043    Doc 420    Filed 06/22/09    Entered 06/22/09 14:50:13    Desc Main
Document    Page 16 of 21

Page 4

WEST SUBURBAN          :WEST SUBURBAN IMPORTS (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| #38251.. | LIEN PAYOFFS. | | | |
| 07/31/07<br>#39652 | NEEDLER WILLIAM / OCK<br>READ AND REVIEW FAX FROM IRA GOLDBERG AND CALL TO<br>HIS OFFICE. | 0.20<br>275.00 | 55.00 | |
| 09/26/07<br>#40184 | NEEDLER WILLIAM / OCK<br>MEET WITH IRA, TRUSTEE, JAY PRASSELL CONSULTANT AFTER<br>COURT HEARING; REVIEW ALL ADVERSARY PROCEEDINGS<br>FILED, D.I.P. CLAIMS, GILFLIX ADVERSARY AND FACTS, SAM<br>TOMAINO. | 1.00<br>275.00 | 275.00 | |
| 09/26/07<br>#40185 | NEEDLER WILLIAM / OCKT<br>MEET JAY PRASSEL; TRAVEL FROM O'HARE TO COURT AT<br>DIRKSEN; DISCUSS STATUS OF CHAPTER 7. | 1.50<br>137.50 | 206.25 | |
| 09/26/07<br>#40186 | NEEDLER WILLIAM / OCKT<br>HOME TO RDU FOR OUTBOUND FLIGHT TO CHICAGO AND<br>CHICAGO TO RDU ON RETURN FLIGHT AFTER HEARING. | 4.00<br>137.50 | 550.00 | |
| 09/26/07<br>#40187 | NEEDLER WILLIAM / OCKT<br>RETURN FLIGHT TO RDU FROM O'HARE AFTER STATUS<br>HEARING. | 2.00<br>137.50 | 275.00 | |
| 09/26/07<br>#40188 | NEEDLER WILLIAM / OCK<br>IN COURT ON STATUS OF CHAPTER 7 ESTATE; INCLUDES<br>WAITING TIME; APPEAR BEFORE COURT ON STATUS AND FEE<br>APPLICATION. | 0.70<br>275.00 | 192.50 | |
| 10/08/07<br>#40193 | NEEDLER WILLIAM / OCK<br>DISCUSSION WITH SAM TOMAINO AS TO PICKUPS AS TO<br>VARIOUS ITEMS AND DATES FOR THE TRUSTEE. | 0.40<br>275.00 | 110.00 | |
| 10/12/07<br>#40257 | NEEDLER WILLIAM / OCK<br>PHONE CALL TO DON BROWN RELATED TO HIS BROKER'S FEE<br>IN THIS CASE. | 0.30<br>275.00 | 82.50 | |
| 11/29/07<br>#40899 | NEEDLER WILLIAM / OCK<br>DISCUSSION WITH JAY PRASSELL AS TO STATUS OF THIS CASE<br>AND CALL TO SAM TOMAINO. | 0.40<br>275.00 | 110.00 | |
| 06/10/09<br>#46375 | NEEDLER WILLIAM / OCK<br>READ AND REVIEW FIRST INTERIM AND FINAL FEE<br>APPLICATIONS FOR HEARING. | 1.00<br>275.00 | 275.00 | |

**TOTAL BILLABLE TIME CHARGES**                                        **30.60**                    **$7,246.25**

| Date/Slip# | Description | QTY/PRICE |
|---|---|---|

Date 06/21/09
Time 11:23 am
WEST SUBURBAN

WILLIAM L. NEEDLER & ASSOCIATES LTD
Client Billing Worksheet
:WEST SUBURBAN IMPORTS (continued)

Case 05-61043    Doc 420    Filed 06/22/09    Entered 06/22/09 14:50:13    Desc Main
Document    Page 17 of 21

Page 5

| Date/Slip# | Description | QTY/PRICE | |
|---|---|---|---|
| 07/31/06<br>#35795 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR JULY 2006 | 1<br>14.71 | 14.71 |
| 07/31/06<br>#36185 | NEEDLER WILLIAM / $COPIES<br>PHOTO COPY CHARGES FOR JULY 2006 | 651<br>0.10 | 65.10 |
| 07/31/06<br>#36190 | NEEDLER WILLIAM / $po<br>POSTAGE FOR JULY 2006 | 1<br>33.93 | 33.93 |
| 08/31/06<br>#36235 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR AUGUST 2006 | 1<br>11.29 | 11.29 |
| 10/31/06<br>#37225 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR OCTOBER 2006 | 1<br>4.06 | 4.06 |
| 02/28/07<br>#38567 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR FEBRUARY 2007 | 1<br>3.55 | 3.55 |
| 03/31/07<br>#38596 | NEEDLER WILLIAM / $fax<br>FAX CHARGES FOR MARCH 2007 | 4<br>2.00 | 8.00 |
| 03/31/07<br>#38614 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR MARCH 2007 | 1<br>5.12 | 5.12 |
| 08/31/07<br>#39848 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR AUGUST 2007 | 1<br>2.02 | 2.02 |
| 09/26/07<br>#42008 | NEEDLER WILLIAM / $MISC<br>ROUND TRIP FLIGHT TO CHICAGO ($233.80); PARKING AT RDU<br>($9.00). | 1<br>242.80 | 242.80 |
| 10/31/07<br>#41145 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR OCTOBER 2007 | 1<br>3.60 | 3.60 |
| 11/30/07<br>#41151 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR NOVEMBER 2007 | 1<br>1.33 | 1.33 |
| 01/31/08<br>#42025 | NEEDLER WILLIAM / $po<br>POSTAGE FOR JANUARY 2008 | 1<br>1.23 | 1.23 |
| 03/31/08<br>#42614 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR MARCH 2008 | 1<br>1.41 | 1.41 |
| 04/30/08<br>#42970 | NEEDLER WILLIAM / $tc<br>TELEPHONE CHARGES FOR APRIL 2008 | 1<br>1.06 | 1.06 |

**TOTAL BILLABLE COSTS** $399.21

**TOTAL NEW CHARGES** $7,645.46

**Date 06/21/09**
**Time 11:23 am** Case 05-61043   Doc 420   Filed 06/22/09   Entered 06/22/09 14:50:13   Desc Main
WILLIAM L. NEEDLER & ASSOCIATES LTD
Client Billing Worksheet
Document      Page 18 of 21
**Page 6**

WEST SUBURBAN          :WEST SUBURBAN IMPORTS (continued)

## NEW BALANCE

New Current period                                                                  7,645.46

**TOTAL NEW BALANCE**                                                      **$7,645.46**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| West Suburban Imports, Inc. | ) | Case No. 05-61043 |
| | ) | |
| Debtor | ) | A Chapter 7 Proceeding |
| | ) | for Reorganization |
| | ) | |
| | ) | Judge Susan Pierson Sonderby |

## NOTICE OF FILING

PLEASE TAKE NOTICE, that on Monday 22, 2009 the *SWORN DECLARATION BY WILLIAM L. NEEDLER OF WILLIAM L. NEEDLER AND ASSOCIATES, LTD. IN THE ABOVE WEST SUBURBAN IMPORTS INC. IN SUPPORT OF THE APPLICANT'S FINAL FEES AND EXPENSES* was filed in United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604, at which time you may appear and be heard.  (A copy of this Sworn Declaration and Notice are attached.)

June 22, 2009

/s/ William L. Needler
William L. Needler
William L. Needler and Associates
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 - FAX

## PROOF OF SERVICE

William L. Needler, an attorney, certifies that he filed the above Motion was via CM/ECF electronic filing on June 22, 2009 and that the persons listed by the Court were served electronically.

He also caused to be served, a copy of the above Declaration and Notice as attached hereto, to the persons listed on the attached E-mail/Facsimile  Service List on June 22, 2009 by either fax or e-mail.

/s/ William L. Needler
William L. Needler

**West Suburban Imports, Inc.**
**Chapter 11**
**Case No. 05-61043**
**Facsimile Service List**
**6-22 -09**

Sam Tomaino
1322 Prestwick
Itasca, IL 60143
630-775-9336 hp
(Served by overnight UPS.)

West Suburban Imports, Inc.
c/o Sam Tomaino
1322 Prestwick
Itasca, IL 60143
630-775-9336 hp
(Served by overnight UPS.)

Ronald L. Barnard
Barnard & Associates Led
33 N LaSalle St Ste 2100
Chicago IL 60602
(312) 641-2225 p
(312) 641-1957 fax
attyrlb@yahoo.com
(Served by e-mail)

Trustee
Robert B Katz, ESQ
Law Offices of Robert B Katz
53 West Jackson Blvd
Suite 1320
Chicago, IL 60604
(312) 705-1400 p
(312) 663-0201 fax
(Served by fax)

(Attorney for the Trustee)
Abraham Brustein, ESQ
Dimonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847 698-9600 Ext. 221
Fax : 847 698-9623
Email: abrustein@dimonteandlizak.com
(Served by e-mail)

(Attorney for the Trustee)
Ira P Goldberg
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
847-698-9600
Fax : 847-698-9624
Email: igoldberg@dimontelaw.com
(Served by e-mail)


Richard Friedman
US Trustee
227 W Monroe Ste 3350
Chicago, IL 60606
(312) 886-5794 fax
(Served by fax)


/s/ William L. Needler
Attorney for Debtor and Applicant
For Final Fees and Expenses


William L. Needler
William L. Needler and Associates, Ltd.
Suite 500
555 Skokie Blvd.
Northbrook, IL 60062
IL Id # 202524
847-559-8330 p
847-559-8331 f
williamlneedfler@aol.com