IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| WEST SUBURBAN IMPORTS, INC., | ) | Case No. 05-61043 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date: March 20, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on March 20, 2012 at the hour of 10:30 a.m. (or as soon thereafter as counsel can be heard), the undersigned shall appear before the Honorable Susan Pierson Sonderby, Courtroom 642, 219 South Dearborn Street, Chicago, Illinois (the "Hearing"), and then and there present the **Trustee's Motion to Approve Compromise of the Final Application of William L. Needler & Associates for Allowance of Professional Fees and Expenses and for Other Relief**, a copy of which Motion together with this Notice and Proposed Order are attached hereto and herewith served upon you, at which time you may appear as you see fit.

Respectfully submitted,
ROBERT B. KATZ, Trustee

/s/ Ira P. Goldberg
One of his attorneys

Ira P. Goldberg #6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623

## CERTIFICATE OF SERVICE

I, Ira P. Goldberg, do hereby certify under penalties of perjury that on February 23, 2012, I duly served the above described Notice by Ordinary First Class Mail upon the persons on the attached service list, other than those electronically notified, together with copies of the Motion and Proposed Order referred to herein.

/s/ Ira P. Goldberg

## Service List

**Via Email or ECF**

Thomas V. Askounis
taskounis@askounisdarcy.com

Thomas J. Augspurger
taugspurger@mwe.com

Ronald L Barnard
attyrlb@yahoo.com

William J. Barrett
william.barrett@bfkpn.com

Whitman H. Brisky
wbrisky@mauckbaker.com
WHBCourt@mauckbaker.com

John D. Burke
john.burke@icemiller.com

Anthony A. Cavallo
acavallo@henderson-lyman.com

Daniel P. Dawson
ddawson@nisen.com
ddemerritt@nisen.com

Maria Diakoumakis
mdiakoumakis@dykema.com

Kenneth B. Drost
kdrost@kbdpc.com

Paul B. Fichter
pfichter@creditunion1.org
kwort@creditunion1.org
lmichel@creditunion1.org

Gregory J. Jordan
gjordan@akjltd.com

Jacob H. Karaca
jhkaraca@ktjnet.com

Keith J. Keogh
keith@keoghlaw.com

Lauren Klein
lklein@cookcountygov.com

Gregory L. Lacey
glacey@dykema.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Terri M. Long
Courts@tmlong.com

Douglas K. Morrison
dkmorrison@morrisonandmix.com

William L. Needler
williamlneedler@aol.com

Kevin Posen
tls@tellerlevit.com

Kimberly J. Robinson
kim.robinson@bfkpn.com

Robert B. Katz
rkatz@epitrustee.com
rkatz@efc.epiqsystems.com

**Via First Class Mail**

Lavaty's
5739 S. Franklin Ave
LaGrange Hlds, IL 60525-3712

Volvo Finance North America
PO Box 851865
Richardson, TX 75085-1865

Illinois Dept. Of Revenue
Bankruptcy unit
100 W. Randolph #7-400
Chicago, IL 60601

Domestic Uniform/Domestic Linen Supply Co Inc.
DBA Domestic Uniform Rental
Attn: M. Colton
30555 Northwestern Hwy-Ste 300
Farmington Hills, MI 48334

CCC Information Services, Inc.
Receivable Management Services RMS
P.O. Box 5126
Timonium, MD 21094

Joe Lunghammer Chevrolet, Inc.
475 Summit Drive
Waterford, MI 48328

Pitney Bowes, Inc.
27 Waterview Dr.
Shelton, CT 06484

Mallor, Abruzino & Nash Marketing, Inc.
Anthony A Cavallo/Henderson & Lyman
175 W. Jackson Blvd. Ste 240
Chicago, IL 60604

Robert Russo
1022 Willow Ln
Darien, IL 60561

George Koselinski
1707 Magnoloia Ln
Mt. Prospect, IL 60056

Office of the US Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Peter Ogurek
c/o Whitman H. Brisky
Mauck & Baker, LLC
1 North LaSalle St., Suite 600
Chicago, IL 60602

County of Cook-Department of Revenue
c/o State's Attorney
Revenue Recovery Section
500 Richard J. Daley Center
Chicago, IL 60602

Wanda Snower
c/o Chuhak & Tecson, P.C.
30 S. Wacker Dr.
Suite 2600
Chicago, IL 60606

Riverside Auto Auction
c/o Matt Denton
2200 Woodcrest Pl.
Birmingham, AL 35209

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive
Suite 1550
Chicago, IL 60601

Jay Prassel
Premier Performance Group, LLC
117 S. Cook Street, #106
Barrington, IL 60010

Ben T. Caughey
Ice Miller, LLP
One American Square
Suite 3100
Indianapolis, IN 46282

Cook County Collector
P.O. Box 641278
Chicago, IL 60664

Cook County Department of Revenue
State of Illinois
Springfield, IL 62794

Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001

William V. McGrath
120 N. LaSalle street
Suite 2750
Chicago, IL 60602

Schaumburg Toyota, Inc.
875 W. Golf Rd.
Schaumburg, IL 60194

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

The Tire Rack
7101 Vorden Parkway
South Bend, IN 46628

Donald Brown
Midwest Brokerage
13221 Barrett Case Circle
St. Louis, MO 63021

ADP Dealer Service
PO Box 88921
Chicago, IL 60695

Federal Express Corporation
Attn: Revenue Recovery/Bankruptcy
2005 Corporate Avenue, 2nd Floor
Memphis, TN 38132

Man Marketing
765 Kimberly Drive
Carol stream, IL 60188

Professional Sound Installers
137 E. North Ave
Villa Park, IL 60181

Pitney Bowes Corp.
P.O. Box 856042
Wurville, KY 40285

Cars.com
175 W. Jackson Blvd.
8th Floor
Chicago, IL 60604

Vespa Chicago
557 W. Diversey
Chicago, IL 60614

Autofocus
221 S. Mitchell Court
Addison, IL 60101

Patrick BMW
700 E. Golf
Schaumburg, IL 60173

LML Technologies
1001 31st Street
Downers Grove, IL 60515

Nextel Communication
P.O. Box 4181
Carol Stream, IL 60197

Internet Professionals
2302 W. North
Chicago, IL 60647

Frost Ruttenberg & Rothblatt
111 Pfinsten Road, Suite 300
Deerfield, IL 60015

Domestic Uniform
4131 N. Ravenswood
Chicago, IL 60647

Jim Moran & Associates
P.O. Box 9410
Deerfield Beach, FL 33443

GSK Electric
7035 N. Kedvale
Lincolnwood, IL 60712

Keytone Automotive, Inc.
2535 S. 25th Avenue
Broadview, IL 60153

Pal Graphics
10330 W. Roosevelt Road
Suite 204
Westchester, IL 60154

Enterprise Oil Co.
P.O. Box 66973
Chicago, IL 60666

Daniel Spilotro
Spilotro Law Group, LLC
2551 N. Clark St., Suite 405
Chicago, Illinois 60614

Snap-On Credit, LLC
950 Technology Way, Ste 301
Libertyville, IL 60048

Don Hobich
1322 Prestwick Lane
Itasca, IL 60143

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| WEST SUBURBAN IMPORTS, INC., | ) | Case No. 05-61043 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |

**TRUSTEE'S MOTION TO APPROVE COMPROMISE OF THE FINAL APPLICATION OF WILLIAM L. NEEDLER & ASSOCIATES FOR ALLOWANCE OF PROFESSIONAL FEES AND EXPENSES AND FOR OTHER RELIEF**

Robert B. Katz, not individually, but as Chapter 7 trustee ("Trustee") for the bankruptcy estate of West Suburban Imports, Inc. ("Debtor"), requests this Court enter an order authorizing him to settle and compromise the following:

A. The Final Application of William L. Needler and Associates ("Needler") for Allowance of Fees and Reimbursement of Costs, originally presented on or about July 26, 2006 ("Needler Final Fee Application"); and

B. Any and all claims of Needler against the above-captioned estate ("Estate") including, but not limited to, proof of Claim Number 67 filed by Needler, in the amount of $100,155.23, on or about February 25, 2008 ("Claim").

In support of this motion, the Trustee states as follows:

## I. INTRODUCTION

1. Through this motion ("Motion"), the Trustee seeks an order, pursuant to Bankruptcy Rule 9019, et al. authorizing him to settle and compromise any and all claims that Needler has against the Estate, inclusive of all its fees and expenses, for the sum of $10,000.00 to be remitted by the Estate to Needler ("Settlement").

## II. JURISDICTION

2. The statutory predicates for the relief sought in the Motion are Rule 2002, 9006(c)

1

and 9019 of the Federal Rules of Bankruptcy Procedure and Section 105 of the Bankruptcy Code ("Code"). This court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157(b)(1) and 1334. The subject matter of this motion is a core proceeding under 28 U.S.C. 157(b)(2)(A).

### III. BACKGROUND

3. On or about October 16, 2005, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

4. On or about May 24, 2006, the Debtor converted this case to one under Chapter 7 of the Bankruptcy Code.

5. Robert B. Katz is the duly appointed and acting Trustee of the Estate.

6. On or about July 26, 2006, Needler filed the subject fee application. The Needler Final Fee Application has been continued from time to time and has currently been continued for hearing to March 20, 2012 at 10:30 a.m.

7. On or about February 25, 2008, Needler filed the Claim.

### IV. SETTLEMENT

8. The terms of the Settlement are outlined in paragraph 1 above.

9. The Trustee believes the Settlement should be approved since it is fair, equitable and within a reasonable range of potential litigation outcomes given the facts, anticipated costs, and the relative equities of this case. See In re *Telesphere Communications, Inc.* 179 B.R. 544, 552-3 (N.D. Ill. 1994) and In re *Resource Technology Corp.* 356 B.R. 435, 443 (Bankr. N.D. Ill. 2006).

10. The Estate currently has about $270,000.00 on hand. Needler seeks the payment of an additional $100,155.23 in fees and expenses, out of which approximately $4,300.00

represents alleged expenses. Needler has previously been paid at least $40,000.00 in fees and $839.00 in expenses.

11.     On or about March 30, 2010, this Court set July 30, 2010 as a bar date for debtor in possession claims, incurred during the pendency of the Chapter 11 case ("DIP Bar Date"). On or prior to the expiration of the DIP Bar Date, approximately $710,000.00 in administrative Chapter 11 claims had been filed. Assuming for purposes of distribution, one would have to add back in the fees already paid to Needler, this would make administrative claims total at least $750,000.00. The Trustee is uncertain about the ultimate level of distribution to debtor in possession claimants, however, the Trustee believes that at best there will be a pro rata distribution, at some date in the future.

12.     Although there is currently approximately $270,000.00 in funds on hand in this Estate, accrued Chapter 7 fees and expenses (filing fees, Trustee fees and the fees of other professionals) are probably over half that amount. The Trustee, however, is pursuing certain causes of action that could conceivably result in an ultimate distribution to debtor in possession creditors of 30% or more.[1] If the final distribution were 30% or less, arguably Needler may not be entitled to any further distribution and/or Needler might have to return some amount of funds to the Estate.

13.     The Trustee believes that a settlement with Needler, for a current payment from the Estate to Needler of $10,000.00, is in the best interests of the Estate for reasons, including,

---

[1] This distribution could be more or less depending upon, among other things, the following: a) whether certain alleged DIP claims are allowed or disallowed, b) future recoveries to the Estate from several adversary proceedings that pend, and c) continuing Chapter 7 costs of administration of the Estate.

3

but not limited to, the following:

A. The costs and risks to the Estate and to any creditors of this Estate, desiring to pursue an objection, to Needler's fees;

B. The fact that Needler's initial $40,000.00 retainer and $839.00 in expenses might not be subject to disgorgement under a *pro rata* or other theory; and

C. The amount of money involved, coupled with the fact that parties propose a prompt resolution of Needler's claims against the Estate rather than becoming entwined in factual and/or other legal disputes.

## V. REQUEST TO LIMIT NOTICE

14. The Trustee has served this motion upon the 20 largest creditors, as listed by the Debtor; all parties requesting notice; all parties filing claims that have indicated and claimed a Chapter 11 administrative priority and upon all parties filing claims in excess of $25,000.00. This service list has been used and approved by this Court settling adversary proceedings in this matter. Therefore, the Trustee requests that further notice be waived.

Wherefore, the Trustee prays as follows:

(a) He be authorized to enter into the Settlement;

(b) That further notice hereof be waived; and

(c) For such other further relief as this Court may deem just and equitable.

Respectfully submitted,
ROBERT B. KATZ, Trustee

By: ___/s/ Ira P. Goldberg___
One of his attorneys

4

Ira P. Goldberg, ARDC #6185512
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623