UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§ Timothy A. Barnes
WEST SUBURBAN IMPORTS INC. § Case No. 05-61043 TB
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the address shown below.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/25/2018 in Courtroom 744,
          Dirksen Federal Building
          219 S. Dearborn St.
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2018       By: ROBERT B. KATZ


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1334*
*Chicago, IL 60604*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § 
 § Timothy A. Barnes
WEST SUBURBAN IMPORTS INC. § Case No. 05-61043 TB
 §
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 704,904.20 |
| and approved disbursements of | $ | 506,656.49 |
| leaving a balance on hand of[1] | $ | 198,247.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000021 | Volvo Finance North America | $ 5,864,975.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 198,247.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 38,495.21 | $ 27,150.00 | $ 11,345.21 |
| Trustee Expenses: Robert B. Katz, Trustee | $ 145.80 | $ 0.00 | $ 145.80 |
| Attorney for Trustee Fees: Ira Goldberg | $ 387,280.41 | $ 334,530.41 | $ 52,750.00 |
| Attorney for Trustee Expenses: Ira Goldberg | $ 4,803.12 | $ 3,930.87 | $ 872.25 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 37,553.00 | $ 27,750.50 | $ 9,802.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Accountant for Trustee Expenses: Popowcer Katten, Ltd. | $ 36.17 | $ 0.00 | $ 36.17 |
| Charges: Office of the U.S. Trustee | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Other: International Sureties, LTD. | $ 1,461.24 | $ 1,461.24 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 243.07 | $ 243.07 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 114,413.22 | $ 0.00 | $ 0.00 |
| Other: Jay Prassel | $ 44,698.24 | $ 44,698.24 | $ 0.00 |
| Other: Court Costs | $ 8,750.00 | $ 0.00 | $ 8,750.00 |

Total to be paid for chapter 7 administrative expenses      $       88,951.93

Remaining Balance      $      109,295.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: CCC Information Services Inc | $ 1,464.80 | $ 0.00 | $ 476.53 |
| Other: County of Cook | $ 17,385.02 | $ 0.00 | $ 5,655.75 |
| Other: Domestic Uniform | $ 6,756.15 | $ 0.00 | $ 2,197.93 |
| Other: Donald Brown | $ 50,000.00 | $ 0.00 | $ 16,266.17 |
| Other: George Koselinski | $ 10,950.00 | $ 0.00 | $ 3,562.29 |
| Other: Illinois Department of Revenue | $ 115,702.54 | $ 0.00 | $ 37,640.74 |
| Other: Internet Professionals | $ 3,462.50 | $ 0.00 | $ 1,126.43 |
| Other: Lavaty's | $ 665.00 | $ 0.00 | $ 216.34 |
| Other: Peter Ogurek | $ 94,487.54 | $ 0.00 | $ 30,739.01 |
| Other: Pitney Bowes Inc | $ 687.06 | $ 0.00 | $ 223.52 |
| Other: Riverside Auto Auction | $ 23,600.00 | $ 0.00 | $ 7,677.63 |
| Other: Robert A Russo | $ 10,000.00 | $ 0.00 | $ 3,253.23 |
| Other: Schaumburg Toyota Inc | $ 557.20 | $ 0.00 | $ 181.27 |
| Other: Snap-on Credit LLC | $ 6,319.24 | $ 0.00 | $ 0.00 |
| Other: The Tire Rack | $ 242.66 | $ 0.00 | $ 78.94 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: William L. Needler and Associates | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Total to be paid for prior chapter administrative expenses | | $ | 109,295.78 |
| Remaining Balance | | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 114,413.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 472,895.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JMJ Forms Corp | $ 5,013.16 | $ 0.00 | $ 0.00 |
| 000002 | Who's Calling | $ 1,793.39 | $ 0.00 | $ 0.00 |
| 000003 | Bionic Auto Parts | $ 725.00 | $ 0.00 | $ 0.00 |
| 000004 | Enterprise Oil Co | $ 4,903.83 | $ 0.00 | $ 0.00 |
| 000005 | Pep Boys | $ 1,298.96 | $ 0.00 | $ 0.00 |
| 000006 | Pal Graphics | $ 890.00 | $ 0.00 | $ 0.00 |
| 000007 | Runge Paper Comp | $ 277.18 | $ 0.00 | $ 0.00 |
| 000008 | Joe Rizza Ford | $ 531.57 | $ 0.00 | $ 0.00 |
| 000011 | S & S Automotive | $ 8,828.26 | $ 0.00 | $ 0.00 |
| 000012 | Frost Ruttenberg & Rothblatt | $ 6,275.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Goodyear Tire & Rubber Company | $ 210.00 | $ 0.00 | $ 0.00 |
| 000014 | Dent Express | $ 9,300.00 | $ 0.00 | $ 0.00 |
| 000015 | Kramer Towing | $ 1,935.00 | $ 0.00 | $ 0.00 |
| 000016 | Professional Sound Installers Inc | $ 1,744.90 | $ 0.00 | $ 0.00 |
| 000017 | ComEd | $ 4,807.81 | $ 0.00 | $ 0.00 |
| 000018 | Federal Express Corporation | $ 2,443.45 | $ 0.00 | $ 0.00 |
| 000019 | Patrick Saab/Volvo | $ 8,488.75 | $ 0.00 | $ 0.00 |
| 000022 | Keystone Automotive | $ 3,802.56 | $ 0.00 | $ 0.00 |
| 000023 | R H Donnelly | $ 10,444.94 | $ 0.00 | $ 0.00 |
| 000024 | Autofocus | $ 23,041.00 | $ 0.00 | $ 0.00 |
| 000025 | Northside Imports Inc | $ 3,099.21 | $ 0.00 | $ 0.00 |
| 000026 | Cust Relations Company | $ 2,412.30 | $ 0.00 | $ 0.00 |
| 000027B | Illinois Dept. Of Revenue Bankruptcy Unit | $ 0.00 | $ 0.00 | $ 0.00 |
| 000028A | Illinois Dept. Of Revenue Bankruptcy Unit | $ 0.00 | $ 0.00 | $ 0.00 |
| 000030 | Citibank USA NA | $ 115.43 | $ 0.00 | $ 0.00 |
| 000031A | Illinois Dept. Of Revenue Bankruptcy Unit | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032A | Domestic Uniform | $ 18,361.37 | $ 0.00 | $ 0.00 |
| 000033 | Union Acceptance Corp | $ 7,500.00 | $ 0.00 | $ 0.00 |
| 000034 | Guardian Products Inc | $ 1,852.12 | $ 0.00 | $ 0.00 |
| 000035 | Volkswagon Credit | $ 17,905.01 | $ 0.00 | $ 0.00 |
| 000036 | Volkswagon Credit | $ 13,108.72 | $ 0.00 | $ 0.00 |
| 000037 | Kelley Blue Book | $ 95.95 | $ 0.00 | $ 0.00 |
| 000041 | Citibank USA NA | $ 1,174.01 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000043A | Illinois Dept. Of Revenue Bankruptcy Unit | $ 0.00 | $ 0.00 | $ 0.00 |
| 000044 | US Bank, NA | $ 54,770.49 | $ 0.00 | $ 0.00 |
| 000045 | US Bank, NA | $ 0.00 | $ 0.00 | $ 0.00 |
| 000046 | DeWitt Publishing LLC | $ 671.59 | $ 0.00 | $ 0.00 |
| 000049 | Mallof, Abruzino & Nash Marketing Inc | $ 45,759.25 | $ 0.00 | $ 0.00 |
| 000050 | Mallof, Abruzino & Nash Marketing Inc | $ 45,759.25 | $ 0.00 | $ 0.00 |
| 000051 | Glenview State Bank | $ 5,739.69 | $ 0.00 | $ 0.00 |
| 000052 | Federal Express Corporation | $ 3,468.47 | $ 0.00 | $ 0.00 |
| 000056A | Department of the Treasury-Internal Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 000060 | County of Cook | $ 1,214.11 | $ 0.00 | $ 0.00 |
| 000063 | S & S Automotive | $ 9,270.37 | $ 0.00 | $ 0.00 |
| 000064 | JMJ Forms Corp | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000065 | The Tire Rack | $ 574.35 | $ 0.00 | $ 0.00 |
| 000066 | Wanda Snower | $ 63,000.00 | $ 0.00 | $ 0.00 |
| 000069 | Broadview True Value Hardware | $ 4,370.95 | $ 0.00 | $ 0.00 |
| 000070 | Capital One Auto Finance | $ 22,298.46 | $ 0.00 | $ 0.00 |
| 000071 | DealerTrack Inc | $ 3,967.00 | $ 0.00 | $ 0.00 |
| 53 | Robert A. Russo | $ 17,723.00 | $ 0.00 | $ 0.00 |
| 000054A | George Koselinski | $ 26,930.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $            0.00

Remaining Balance                                              $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 56,351.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000076 | McInerney Toyota | $ 32,000.00 | $ 0.00 | $ 0.00 |
| 000077A | Illinois Dept of Revenue | $ 24,351.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1334*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| West Suburban Imports, Inc. | ) | No.  05-61043 |
| | ) | |
| Debtor | ) | Hon. Timothy A. Barnes |
| | ) | BANKRUPTCY JUDGE |

**CERTIFICATE OF SERVICE**

Robert B. Katz, Trustee, states that he served a copy of the foregoing Notice by causing same to be deposited in the U.S. Mail, with proper postage prepaid, addressed to the parties as listed below on the 19th day of March, 2018:

<u>SERVICE LIST</u>

Arthur B. Levine Co., Inc.
370 Lexington Ave., Ste. 1101
New York, NY 10017

Autofocus
221 S Mitchell Ct
Addison, IL 60101-5603

Bionic Auto Parts
4655 W North Ave
Chicago, IL 60639-4610

Broadview True Value Hardware
1815 Roosevelt
Broadview, IL 60155-2923

Capital One Auto Finance
c/o Jarrett L Hale, Hunton & Williams
1445 Ross Ave Suite 3700
Dallas, TX 75202-2755

CCC Information Services Inc
Receivable Management Services RMS
P O Box 5126
Timonium, Maryland 21094-5126

Citibank USA NA
DBA: DELL
PO Box 9025
Des Moines, IA 50368

ComEd
2100 Swift Drive
Attn Bankruptcy Section/Revenue Mgmt
Oakbrook, IL 60523-1559

County of Cook
Department of Revenue
c/o State's Attorney
Revenue Recovery Section
500 Richard J. Daley Center

County of Cook/Department of Revenue
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

County of Cook/Department of Revenue
c/o Lauren Klein, ASA
500 Richard J. Daley Center
Chicago, IL 60602

Cust Relations Company
P O Box 127
Hinsdale, IL 60522-0127

DealerTrack Inc
1111 Marcus Ave Ste M04
Lake Success, NY 11042-1034
ATTN: Ellen Witrick

Dent Express
780 W Army Trail Rd
Unit 217
Carol Stream, IL 60188

DeWitt Publishing LLC
1043 Grand Ave #372
St Paul, MN 55105-3002

Domestic Uniform
Domestic Linen Supply Co Inc
DBA Domestic Uniform Rental
Attn: M Colton
30555 Northwestern Hwy - Ste 300

Donald Brown
Midwest Brokerage
5401 Butler Hill Road
St. Louis, MO 63128-4901

Enterprise Oil Co
P O Box 66973
Chicago, IL 60666-0973

Federal Express Corporation
Attn: Revenue Recovery/Bankruptcy
2005 Corporate Avenue 2nd Floor
Memphis, TN 38132-1796

Frost Ruttenberg & Rothblatt
111 Pfingsten Rd
Deerfield, IL 60015-4981

George Koselinski
1707 Magnolia Lane
Mt Prospect, IL 60056-4562

Glenview State Bank
c/o Donald L Newman & Associates
11 S LaSalle Street Suite 1500
Chicago, IL 60603-1203

Goodyear Tire & Rubber Company
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094
Telephone Number 21094-5126

Guardian Products Inc
5575 Spalding Dr
Norcross, GA 30092-2559

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

<u>SERVICE LIST</u>

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Dept. Of Revenue Bankruptcy Unit
100 W. Randolph #7-400
Chicago, Ill 60601-3290

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internet Professionals
2302 W North
Chicago, IL 60647-6260

International Sureties, Ltd.
701 Poydras St., Ste. 420
New Orleans, LA 70139

Ira Goldberg
DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068

Jay Prassel
928 Quaker Hill Ln
Libertyville, IL 60048-3803

JMJ Forms Corp
321 Lintz St
Lemont, IL 60439-4224

Joe Lunghamer Chevrolet, Inc.
475 Summit Drive
Pontiac, MI 48343

Joe Rizza Ford
2100 S Harlem
North Riverside, FL 60546-1412

Kelley Blue Book
c/o Szabo Associates, Inc.
3355 Lenox Road, 9th Floor
Atlanta, GA 30326-1395

Keystone Automotive
c/o Rosman Adj
POB 1247
Northbrook, IL 60065-1247

Kramer Towing
3214 S 61
Cicero, IL 60804-3718

Lavaty's
433 Leitch Ave
La Grange, IL 60525-6125

Lois West
Kutchins, Robbins, & Diamond Ltd.
35 E. Wacker Dr.,, Ste. 690
Chicago, IL 60601

Mallof, Abruzino & Nash Marketing Inc
Anthony A Cavallo/Henderson & Lyman
175 W Jackson Blvd Ste 240
Chicago IL 60604-3032

McInerney Toyota
(formerly Hoot McInerney
Cadillac Inc.)
37777 S. Gratiot
Mt Clemens MI 48043

Northside Imports Inc
3650 Pratt
Lincolnwood, IL 60712-3724

Office of the US Trustee
219 S. Dearborn St., Ste 873
Chicago IL 60604

Pal Graphics
2525 Braya Drive
Broadview, IL 60155-3942

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Patrick Saab/Volvo
700 E Golf
Schaumburg, IL 60173-4512

Pep Boys
311 W Allegheny
Philadelphia, PA 19133

Peter Ogurek
c/o Whitman H. Brisky
Mauck & Baker, LLC
1 North LaSalle Street, Suite 600
Chicago, Illinois 60602-3981

Pitney Bowes Inc
27 Waterview Drive
Shelton CT 06484-4361

Professional Sound Installers Inc
137 E North
Villa Park, IL 60181-1227

R H Donnelly
P O Box 807008
Kansas City, KS 64180-7008

<u>SERVICE LIST</u>

Riverside Auto Auction
c/o Matt Denton
2200 Woodcrest Place
Birmingham,AL 35209-1396

Robert A Russo
1022 Willow Ln
Darien, IL 60561-4021

Robert B Katz ESQ
Law Offices Of Robert B Katz
53 West Jackson Blvd
Suite 1334
Chicago, IL 60604-3548

Runge Paper Comp
P O Box 5940
Carol Stream, IL 60197-5940

S & S Automotive
740 Larch
Elmhurst, IL 60126-1569

Schaumburg Toyota Inc
875 W Golf Rd
Schaumburg, IL 60194-1394

Snap On
P O Box 98850
Chicago, IL 60693-8850

SNAP ON CREDIT LLC
950 TECHNOLOGY WAY
SUITE 301
LIBERTYVILLE IL 60048-5339

The Tire Rack
7101 Worden Parkway
Southbend, IN 46628-8422

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Union Acceptance Corp
Robert J Emanuel
Burke Warren MacKay & Serritella PC
330 North Wabash Ave 22nd Floor
Chicago, IL 60611-3793

US Bank, NA
c/o Askounis & Darcy, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601-5216

VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

Volvo Finance North America
1700 Jay E11 Drive
Richardson, TX 75081

Wanda Snower
C/O Chuhak & Tecson, P.C.
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

Who's Calling
5210 Carillon Point
Kirkland, WA 98033-7378

William L. Needler and Associates
555 Skokie Blvd Suite 500
Northbrook, IL 60062-2845

/s/Robert B. Katz
Robert  B. Katz